# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEEROY WILLIAMS,** | : | No. 3:13cv2238 |
| Plaintiff | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | **(Magistrate Judge Schwab)** |
| **MONICA RECKTENWALD,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 9th day of May 2014, it is **HEREBY ORDERED** as follows:

1. Respondent's objection to the Report and Recommendation (Doc. 10) is **SUSTAINED**;

2. The Report and Recommendation of Magistrate Judge Schwab (Doc. 9) is **NOT ADOPTED**;

3. The instant petition (Doc. 1) is **DISMISSED as moot** and

4. The Clerk of Court is directed to close this case.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**